■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD REDDIX, Appellant. [823 NYS2d 116]—Judgment, Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about November 4, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Andrias, Sweeny and Malone, JJ.